# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ALEXANDER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>　　　　Defendant. | Case No. 3:23-cv-02237-JD<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION AND REQUEST TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**<br><br>*[Filed concurrently with Stipulation and Request to Transfer Case to the United States District Court for the Eastern District of New York]*<br><br>District Judge:　　Hon. James Donato<br>Complaint Filed:　May 8, 2023<br>Trial Date:　　　Unassigned |

1 | Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered that
2 | this case be transferred to the United States District Court for the Eastern District of New York.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | DATED: July 17, 2023
7 | _____
   | JAMES DONATO
   | United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK